# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ADA A. GONZALEZ,

    Plaintiff,

v.                                                     Case No. 4:19cv507-MW/CAS

U. S. BANK TRUST NATIONAL
ASSOCIATION, etc.

    /Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** for lack of subject matter jurisdiction." The Clerk shall also close the file.

**SO ORDERED on December 9, 2019.**

                                                 **s/ MARK E. WALKER**
                                                 **Chief United States District Judge**